1  ROBERT A. CASSIO   Bar #170197
   Attorney At Law
2  Civic Center Square
   2300 Tulare St., Ste. 230
3  Fresno, California   93721
   Telephone:   559-498-6310
4  Telephone:   559-498-8580

5  Attorney for Defendant RUSSELL I. JENT

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        ) CASE NO.  6:06-mj-00142-WMW
                                     )
11            Plaintiff,              ) STIPULATION TO CONTINUE HEARING
                                     )
12       v.                           )
                                     )
13  RUSSELL I. JENT,                  )
                                     )
14            Defendant.              )
                                     )
15  _____  )

17       The parties hereto, by and through their respective attorneys, stipulate and agree that the

18  hearing currently set for April 3, 2007, at 10:00 a.m., be continued to May 1, 2007, at 10:00 a.m.

19  Dated: March 30, 2007              /s/ Robert A. Cassio
                                       ROBERT A. CASSIO
20                                     Attorney for Defendant
                                       RUSSELL I. JENT

22  Dated: March 30, 2007              /s/ Elizabeth Waldow
                                       ELIZABETH WALDOW
23                                     Assistant United States Attorney
                                       **This was agreed to by Ms. Waldow**
24                                     **via telephone on March 28, 2007**

25       IT IS SO ORDERED.

26  **Dated:    April 2, 2007**           /s/  William M. Wunderlich
    mmkd34                             UNITED STATES MAGISTRATE JUDGE